SPECIAL WARRANTY DEED

DATE: MAY 24, 2004

GRANTOR: GERALD WALLACE DYER aka JERRY DYER

GRANTORS MAILING ADDRESS (including county)
    10164 DYER ROAD
    SANGER, DENTON COUNTY, TEXAS 76266

GRANTEE: GERALD WALLACE DYER, II

GRANTEE'S MAILING ADDRESS (including county)
    174 CR 1336
    CHICO, WISE COUNTY, TEXAS 76431

CONSIDERATION:
    The sum of TEN AND NO/100 DOLLARS ($10.00) and other good
    and valuable consideration to GRANTOR paid by GRANTEE.

PROPERTY (including any improvements):

All that certain lot, tract or parcel of land lying and being situated in Denton, County, Texas and being part of the JONAS GILBERT SURVEY, ABSTRACT NUMBER 451 and the MARY BRADSHAW SURVEY, ABSTRACT NUMBER 104, and also being a part of that certain called 129.71 acre tract of land conveyed to Gerald Wallace Dyer aka Jerry Dyer by deed recorded in County Clerks file number 93-R0079322 Deed Records, Denton County, Texas and being more fully described by metes and bounds as follows;

BEGINNING at a 1/2 inch iron rod found at the Northwest corner of that certain 34.00 acre tract of land conveyed to Gerald Wallace Dyer, II recorded in County Clerks file number 94-0045778, Deed Records, Denton County, Texas;

THENCE North 00 degrees 51 minutes 16 seconds East, 2377.48 feet to a 1/2 inch iron rod found at the Southwest corner of that certain 11.00 acre tract of land conveyed to Dana Shawn Long recorded in County Clerks file number 98-0062743, Deed Records, Denton County, Texas;

THENCE along the common line of said Long tract and this tract, East, 1506.61 feet to a 1/2 inch iron rod found at Long's Southeast corner;

THENCE South 00 degrees 52 minutes 40 seconds West, 2377.99 feet to a 1/2 inch iron rod found at the Northeast corner of the above mention Dyer's 34.00 acre tract;

THENCE along the common line of said 34.00 acre tract and this tract, North 89 degrees 58 minutes 52 seconds West, 1505.63 feet to the POINT OF BEGINNING and containing 82.20 acres of land more or less;

RESERVATION FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:

This conveyance is given and accepted SUBJECT TO all and singular the restrictions, mineral reservations, royalties, conditions, covenants, rights-of-way, easements, municipal or other governmental zoning laws, regulations and/or ordinances, in any, applicable to and enforceable against to above described property as reflected in the records of the County Clerk of the aforesaid county.

EXHIBIT "1"

let it be know, that Gerald Wallace Dyer aka Jerry Dyer, reserves the mineral right to the above described property until the day of death, at which time the shall revert to Gerald Wallace Dyer, II

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, conveys to Grantee the property, together with all and singular the rights
and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee(s) heirs, executors and administrators forever. Grantor hereby binds Grantor and Grantor(s) heirs, executors and administrators to warrant and forever defend all and singular the property to Grantee and Grantee(s) heirs, executors and administrators, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to warranty, by, through and under GRANTOR, but no futher or otherwise.

_Gerald Wallace Dyer aka Jerry Dyer_
Gerald Wallace Dyer aka Jerry Dyer

(ACKNOWLEDGMENT)

STATE OF TEXAS )
)
COUNTY OF DENTON
This instrument was acknowledged before me on this the ____ day of June, 2004, by Gerald Wallace Dyer aka Jerry Dyer

SEAL _Judy Clements_
NOTARY PUBLIC, STATE OF TEXAS

**JUDY S. CLEMENTS**
Notary Public, State of Texas
My Commission Expires
February 11, 2005

_JUDY CLEMENTS_

(Notary's printed name)

Return to

Gerald Dyer
174 CR 1336
Chico, TX 76431

## SPECIAL WARRANTY DEED

**DATE:** APRIL 11, 1994

**GRANTOR:** LISA LEE DYER

**GRANTOR'S MAILING ADDRESS (including county):**

1110 Cozby Court W.
Benbrook, Tarrant County, Texas 76126

**GRANTEE:** GERALD DYER, II

**GRANTEE'S MAILING ADDRESS (including county):**

P. O. Box 884
Sanger, Denton County, Texas 76266

**CONSIDERATION:**

The sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to GRANTOR paid by GRANTEE.

**PROPERTY (including any improvements):**

An undivided one-half interest in and to the following described property:

Being a 34.0 acre tract of land out of the Jonas Gilbert Survey Abstract Number 451 and the Mary Bradshaw Survey Abstract Number 104, Denton County, Texas;

BEGINNING at a 1/2 inch iron rod set, said iron rod being South 00 degrees 51 minutes 16 seconds West 4734.23 feet from the Northeast corner of Robert Leslie Stover tract recorded in Volume 1046, Page 804, Deed Records, Denton County, Texas;

THENCE South 89 degrees 56 minutes 48 seconds East 1505.62 feet to a 1/2 inch iron rod set;

THENCE South 00 degrees 52 minutes 40 seconds West along a fence line 984.0 feet to a nail set, said point being in the South line of said Bradshaw Survey and the North Line of Jose MaRuiz Survey;

THENCE North 89 degrees 56 minutes 49 seconds West 1505.22 feet to a fence corner post;

THENCE North 00 degrees 51 minutes 16 seconds East, along a fence line 984.0 feet to the PONIT OF BEGINNING and containing 34.0 acres of land more or less;

Together with a 30 feet road easement, said easement being described by metes and bounds as follows;

BEGINNING at the Northeast corner of the above described tract;

THENCE North 00 degrees 52 minutes 40 seconds East 2505.99 feet to a point in the West of a County Road also known as Dyer road;

THENCE along the West line of the above mentioned County Road North 14 degrees 50 minutes 09 seconds West, 20 feet to a point;

THENCE South 89 degrees 18 minutes 24 seconds West 24.59 feet to a point;

THENCE South 00 degrees 52 minutes 40 seconds West 2525.0 feet to a point in the North line of the Above described tract;

THENCE South 89 degrees 56 minutes 48 seconds East 30 feet to the POINT OF BEGINNING.

**RESERVATIONS FROM AND EXCEPTIONS TO CONVEYANCE AND WARRANTY:**

This conveyance is given and accepted SUBJECT TO all and singular the restrictions, mineral reservations, royalties, conditions, covenants, rights-of-way, easements, municipal or other governmental zoning laws, regulations and/or ordinances, if any, applicable to and enforceable against the above described property as reflected in the records of the County Clerk of the aforesaid county.

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee(s) heirs, executors and administrators forever. Grantor hereby binds Grantor and Grantor(s) heirs, executors and administrators to warrant and forever defend all and singular the property to Grantee and Grantee(s) heirs, executors and administrators, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to warranty, by, through and under GRANTOR, but no further or otherwise.

_Lisa Lee Dyer_
LISA LEE DYER

(ACKNOWLEDGMENT)

THE STATE OF TEXAS ¶

COUNTY OF ~~TARRANT~~ *Parker* ¶

This instrument was acknowledged before me on this the 28 day of April, 1994, by LISA LEE DYER.

(SEAL)

_____
NOTARY PUBLIC, STATE OF TEXAS
Laurie Chance
(Notary's printed name)
9-12-95
(Notary's commission expires)

AFTER RECORDING RETURN TO:

Mr. Gerald Dyer, II
P. O. Box 884
Sanger, Texas 76266

PREPARED IN THE LAW OFFICE OF:

James A. McMullen III
6300 Ridglea Place Suite 509
Fort Worth, Texas 76116-5731

EXHIBIT "1"

Filed for Record in:
DENTON COUNTY, TX
HONORABLE TIM HODGES
/COUNTY CLERK

On 1994/06/07

At 8:44A