# SPECIAL WARRANTY DEED

DATE: October 15, 2008

GRANTOR: GERALD WALLACE DYER II

GRANTORS MAILING ADDRESS (including county)

10394 DYER ROAD

SANGER, TX 76266

GRANTEE: DEATRA PATRICE GRAHAM

GRANTEE'S MAILING ADDRESS (including county)

10394 DYER ROAD

SANGER, TX 76266

CONSIDERATION:

The sum of ($12,000.00 Dollars) all paid as of this date to GRANTOR paid by GRANTEE.

I Gerald Wallace Dyer II grant/convey unto Deatra Patrice Graham all of the following described tract.

All that certain lot, tract or parcel of land lying and being situated in Denton County, Texas and being a part of the Jonas Gilbert Survey, Abstract number 451 and the Mary Bradshaw Survey, Abstract number 104 and also being a part of that called 82.20 acre tract of land conveyed to Gerald Wallace Dyer, II by deed recorded in County Clerks File number 2004-91287, Real Property Records, Denton County, Texas and being more fully described by metes and bound as follows;

BEGINNING at the Northeast corner of said 82.20 acre tract;

THENCE South 00 degrees 52 minutes 40 seconds West, 468.38 feet to a point for corner;

THENCE West, 1506.72 feet to a point for corner;

THENCE North 00 degrees 51 minutes 16 seconds East, 468.38 feet to the Northwest corner of said 82.20 acre tract;

THENCE along the North line of said 82.20 acre tract, East, 1506.61 feet to the POINT OF BEGINNING and containing 16.20 acres of land more or less;

EXHIBIT "2"

_[signature]_
Gerald Wallace Dyer II

(ACKNOWLEDGMENT

STATE OF TEXAS)

COUNTY OF DENTON)

This instrument was acknowledged before me on this the 15th day of October, 2008, by Gerald Wallace Dyer II.

SEAL
NOTARY PUBLIC, STATE OF TEXAS

_[signature]_ 
Nancy McAfee

_[signature]_
Deatra Patrice Graham

(ACKNOWLEDGEMENT

STATE OF TEXAS)

COUNTY OF DENTON)

This instrument was acknowledged before me on this the 15th day of October 2008, by Deatra Patrice Graham.

SEAL

_[signature]_
Nancy McAfee



Please return to Gerald W. Dyer
10394 Dyer Rd
Sanger, TX 76266

EXHIBIT "2"