**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GERALD WALLACE DYER II | § | CASE NO. 08-42815-R |
| | § | CHAPTER 7 |
| | § | |
| | § | JUDGE BRENDA T. RHOADES |

**NOTICE OF APPEARANCE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**Capital One Auto Finance**
**P. O. Box 829009**
**Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7901-N-3950
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Capital One Auto Finance

# CERTIFICATE OF SERVICE

       I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before November 6, 2008:

**Debtors' Attorney**
Merv Bernard Waage
Attorney At Law
8350 South Stemmons
Hickory Creek, TX  75065

**Chapter 7 Trustee**
Mark Weisbart
12770 Coit Road, Suite 541
Dallas, Texas 75251

**U.S. Trustee**
William Neary
300 Plaza Tower / 110 North College
Tyler, Texas 75702

                                              /s/ Joe M. Lozano, Jr.

                                              Joe M. Lozano, Jr.

7901-N-3950
noaelect