UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| Gerald Wallace Dyer, II | § § | Case No. 08-42815 |
| *Debtor* | § § § | (Chapter 7) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears for Lone Star, FLCA, f/k/a Lone Star Land Bank, FLCA, a party of interest in this case, and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case, be given to and served upon the undersigned at the office, address and telephone number set forth below.

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, telex or otherwise.

Notwithstanding the aforementioned, please take note that the undersigned attorneys and law firm are not authorized by Lone Star, FLCA, f/k/a Lone Star Land Bank, FLCA to accept service of process on behalf of Lone Star, FLCA, f/k/a Lone Star Land Bank, FLCA.

Respectfully submitted,

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
600 Congress Avenue, Ste. 2100
Austin, Texas 78701
(512) 495-6000
(512) 505-6345 FAX

By: /s/ Brian T. Thompson
Brian T. Thompson (SBN 24051425)

ATTORNEYS FOR LONE STAR, FLCA, F/K/A
LONE STAR LAND BANK, FLCA

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance has been served upon the following parties-in-interest, by regular first class mail, this 5th day of November, 2008:

(a) DEBTOR:

    Gerald Wallace Dyer, II
    10394 Dyer Road
    Sanger, TX 76266

(b) DEBTOR'S ATTORNEY:

    Merv Bernard Waage
    8350 South Stemmons
    Hickory Creek, TX 75065

(c) TRUSTEE:

    Mark A. Weisbart
    The Law Offices of Mark A. Weisbart
    12770 Coit Road
    Suite 541
    Dallas, TX 75251

(d) U.S. TRUSTEE:

    US Trustee
    Office of the U.S. Trustee
    110 N. College Ave.
    Suite 300
    Tyler, TX 75702

/s/ Brian T. Thompson
Brian T. Thompson