Michael Reed
MCCREARY, VESELKA, BRAGG, AND ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680
512-323-3200
Attorneys for County of Denton

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

IN THE MATTER OF:             CASE NO. 08-42815

GERALD WALLACE DYER II

  DEBTOR                    CHAPTER 7

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Michael Reed, of McCreary, Veselka, Bragg & Allen, P.C., P.O.Box 1269, Round Rock, Texas 78680, will appear as counsel for County of Denton, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.
Dated : November 10, 2008

                                  Respectfully submitted,

                                  McCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                  Attorneys for Claimant, County of Denton
                                  P. O. Box 1269
                                  Round Rock, Texas 78680
                                  (512) 323-3200
                                  /s/ Michael Reed
                                  Michael Reed
                                  State Bar Number 16685400

CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents to Merv Bernard Waage, Attorney for Debtor, 8350 S Stemmons, Hickory Creek, TX 75065; Mark A. Weisbart, Trustee, 12770 Coit Rd Suite 541, Dallas, TX 75251, on November 10, 2008, by First Class U. S. Mail or by Electronic Notification.

                         /s/ Michael Reed
                         Michael Reed