IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GERALD DYER, II, | § | |
| xxx-xx-1853 | § | CASE NO. 08-42815-BTR-7 |
| | § | |
| 10394 Dyer Road | § | |
| Sanger, TX 76266 | § | |
|     DEBTOR. | § | |

**ORDER GRANTING MOTION
PURSUANT TO BANKRUPTCY RULE 4001(D)**

      On November 19, 2008, a Motion for Approval of Agreement Pursuant to Bankruptcy Rule 4001(d) (the "Motion) was filed by DaimlerChrysler Financial Services Americas L.L.C. (the "Movant") in the above-referenced case. The Court Finds that the Motion with regard to the 2007 Dodge Ram 2500, Vehicle Identification Number 1D7KS28C97J526036 was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fifteen (15)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fifteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by an party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order:

      **IT IS THEREFORE ORDERED** that the Motion for Approval of Agreement Pursuant to Bankruptcy Rule 4001(d) filed by DaimlerChrysler Financial Services Americas L.L.C. on November 19, 2008 is hereby **GRANTED** so as to authorize the termination of the automatic stay immediately as to the 2007 Dodge Ram 2500, Vehicle Identification Number 1D7KS28C97J526036, with an account number ending in 0520.

      **IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the ten (10) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

      ## End of Order ###

952-32389-173900