Attorney General of the US Dept. of Justice
Tenth & Constitution Avenues
Washington, DC 20530-0001

American Express
c/o Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701

Attorney General of Texas
Taxation Division Bkrpcy
Box 12548
Capitol Station
Austin, TX 78711-2548

CNH Capital
233 Lake Avenue
Racine, WI 53403-1015

CTI
P.O. box 4783
Chicago, IL 60680-4783

CU Members Mortgage
P.O. Box 2988
Fort Worth, TX 76195-0001

Capital One
c/o TSYS Debt. Management
P.O. Box 5155
Norcross, GA 30091-5155

Capital One Auto Finance
P.O. Box 829009
Dallas, TX 75382-9009

Chase Bank One
Attn: Bankruptcy Dept.
P.O. Box 100018
Kennesaw, GA 30156-9204

Citibank
Attn: Centralized Bktcy
P.O. Box 20507
Kansas City, MO 64195-0507

City of Sanger Tax Collector
c/o Denton County Tax Collector
P.O. Box 90204
Denton, TX 76202-5201

Client Services, Inc.
P.O. Box 1503
Saint Peters, MO 63376-0027

Denton County
Michael Reed
P.O. Box 1269
Round Rock, TX 78680-1269

Denton County Tax Collector
P.O. Box 90204
Denton, TX 76202-5204

Discover Financial
Attn: Bankruptcy Department
P.O. Box 3025
New Albany, OH 43054-3025

E. Glenn Gidel
Attorney at Law
River Plaza Tower
1701 river Run Road, Suite 1015
Fort Worth, TX 76107-6556

Farm Bureau Bank
17300 Henderson Path
San Antonio, TX 78232-1663

FirstSource Advantage LLC
P.O. Box 628
Buffalo, NY 14240-0628

Fridge & Rescendez, LLC
Riverview Towers
111 Soledad Street, Suite 1700
San Antonio, TX 78205-2229

GE Money Bank
Attn: Bankruptcy Department
P.O. Box 103106
Roswell, GA 30076-9106

Gerald Wallace
10394 Dyer Road
Sanger, TX 76266-6034

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

James B. Odom
6717 Calmont
Fort Worth, TX 76116-4203

Lone Star FLCA
P.O. Box 1569
San Antonio, TX 78296-1569

Joe Lozano
Brice, Vander, Linden & Wernick, PC
9441 LBJ Frwy., Ste., 350
Dallas, TX 75243-4545

NCO Financial Systems, Inc.
P.O. Box 15081
Wilmington, DE 19850-5081

State Comptroller of Public Accounts
Capital Station
Austin, TX 78774-0001

TSYS Debt. Management
P.O. Box 5155
Norcross, GA 30091-5155

Texas Employment Commission
TEC Building
Tax Department
Austin, TX 78778-0001

Brian T. Thompson
600 Congress Avenue, Ste. 2100
Austin, TX 78701-2986

| | | |
|---|---|---|
| Tractor Supply Credit Plan<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | US Department of HUD<br>Housing & Urban Development<br>801 Cherry Street, Unit 45<br>Fort Worth, TX  78701-2986 | United States Attorneys Office<br>110 North College Avenue<br>Suite 700<br>Tyler, TX 75702-7237 |