*AMENDMENT TO SCHEDULE F AND MASTER MAILING LIST (MATRIX)*

08-0284-K-BK                                              staci/054f88

                     IN THE UNITED STATES BANKRUPTCY COURT
                       FOR THE EASTERN DISTRICT OF TEXAS
                                SHERMAN DIVISION

```
IN RE:                                *
Gerald Wallace Dyer, II               *   CASE NO. 08-42815
                                      *   Chapter 7
XXX-XX-1853                           *
                                      *
10394 Dyer Road                       *
Sanger, TX  76266                     *
                                      *
                                      *
         Debtor(s)                    *
```

                     NOTICE OF CHANGE IN SCHEDULES OF CREDITORS

  In accordance with LBR 1007(b)7, the attached amended schedule is
filed for the following reason (check only one):

   ☐ Add Creditor(s) [requires $26.00 filing fee]

   ☐ Delete Creditor(s) [requires $26.00 filing fee]

   ☐ Change the Amount of a Debt [requires $26.00 filing fee]

   ☐ Change the Classification of a Debt [requires $26.00 filing fee]

   ☑ Change address of Creditor(s) or add an Attorney for a Creditor
     (no fee required)

   ☐ Amendment to Schedule C - Property Claimed as Exempt

   ☐ Amendment to Schedule I - Current Income of Individual Debtor(s)

   ☐ Amendment to Schedule J - Current Expenditures of Individual
Debtor(s)

   ☐ Initial Amended Schedules due to Chapter Conversion

---

**Instructions:** A separate Notice of Change is required when both adding
and deleting creditors. An amended (partial) matrix is required to add
or delete creditors. **ANNOTATE CLEARLY SO CHANGES ARE EASILY
UNDERSTANDABLE.** Do Not Refile A Complete New Matrix. Only those
creditors affected by the amended schedule should be shown on the
matrix. If the $26.00 filing fee is required, multiple filings of a
Notice of Change filed in the same case at the same time require only
a single $26.00 fee. Adding or deleting creditors at different times
require a fee each time.

---

I, or each of us, declare under penalty of perjury that I/we have read
the changes in the List of Creditors (Master Mailing List (matrix)) and
to the schedules and statements as attached hereto and that they are

1

08-0284-K-BK                              staci/054f88

correct to the best of my/our knowledge, information and belief.

Date: _____12-4-08_____      _____
                                 Gerald Wallace Dyer, II