**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | **AMENDED**<br>**Voluntary Petition**<br>Case #: 08-42815 |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dyer, II, Gerald Wallace** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **xxx-xx-1853** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**10394 Dyer Road**<br>**Sanger, TX**<br>ZIP CODE **76266** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008 (Build 9.0.24.3, ID 2484707647)*

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Gerald Wallace Dyer, II** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **/s/ Merv Waage**                                    12/04/2008<br>   **Merv Waage**                                               Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Gerald Wallace Dyer, II** |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gerald Wallace Dyer, II**
   **Gerald Wallace Dyer, II**

X _____

Telephone Number (If not represented by attorney)

**12/04/2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X **/s/ Merv Waage**
   **Merv Waage**     Bar No. **20625500**

**Merv Waage**
**8350 South Stemmons**
**Hickory Creek TX 75065**

Phone No. **(940) 497-4448**    Fax No. **(940) 497-6445**

**12/04/2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B6F (Official Form 6F) (12/07)

In re **Gerald Wallace Dyer, II**     Case No. **08-42815**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**American Express**<br>**c/o Becket and Lee**<br>**PO Box 3001**<br>**Malvern PA 19355** | | - | DATE INCURRED: **3/06**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $11,352.78 |
| ACCT #:<br>**Becket and Lee**<br>**PO Box 3001**<br>**Malvern PA 19355** | | - | DATE INCURRED: **10/08**<br>CONSIDERATION: **Collecting for - American Express**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Capital One**<br>**c/o TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross GA 30091** | | - | DATE INCURRED:<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $4,048.06 |
| ACCT #:<br>**Chase Bank One**<br>**Attention Bankruptcy Dept**<br>**PO Box 100018**<br>**Kennesaw GA 30156** | | - | DATE INCURRED: **8/07**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $4,124.00 |
| ACCT #:<br>**Chase Bank One**<br>**Attention Bankruptcy Dept**<br>**PO Box 100018**<br>**Kennesaw GA 30156** | | - | DATE INCURRED: **8/07**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $3,925.00 |
| ACCT #:<br>**Citibank**<br>**Attn Centralized BKTCY**<br>**PO Box 20507**<br>**Kansas City MO 64195** | | - | DATE INCURRED:<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $359.19 |

Subtotal >   **$23,809.03**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____**3**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re **Gerald Wallace Dyer, II**     Case No. **08-42815**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Citibank**<br>**Attn Centralized BKTCY**<br>**PO Box 20507**<br>**Kansas City MO 64195** | | - | DATE INCURRED: **5/07**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $10,077.12 |
| ACCT #:<br>**Client Services Inc**<br>**PO Box 1503**<br>**Saint Peters MO 63376-0027** | | - | DATE INCURRED: **9/08**<br>CONSIDERATION:<br>**Collecting for - Citibank**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**CNH Capital**<br>**233 Lake Avenue**<br>**Racine WI 53403** | | - | DATE INCURRED: **7/07**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $3,495.00 |
| ACCT #:<br>**CTI**<br>**PO Box 4783**<br>**Chicago IL 60680-4783** | | - | DATE INCURRED: **10/08**<br>CONSIDERATION:<br>**Collecting for - GE Money Bank**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Discover Financial**<br>**Attention Bankruptcy Depart**<br>**PO Box 3025**<br>**New Albany OH 43054** | | - | DATE INCURRED: **4/07**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $6,256.49 |
| ACCT #:<br>**E Glenn Gidel**<br>**Attorney at Law**<br>**River Plaza Tower**<br>**1701 River Run Road Suite 1015**<br>**Fort Worth TX 76107-6556** | X | - | DATE INCURRED: **8/08**<br>CONSIDERATION:<br>**Miscellaneous**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. ___1___ of ___3___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$19,828.61**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.
In re **Gerald Wallace Dyer, II**     Case No. **08-42815**
(if known)

*AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**FirstSource Advantage LLC**<br>**PO Box 628**<br>**Buffalo NY 14240-0628** | | - | DATE INCURRED: **8/08**<br>CONSIDERATION: **Collecting for - Capital One**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Fridge & Rescendez LLC**<br>**Riverview Towers**<br>**111 Soledad Street Suite 1700**<br>**San Antonio TX 78205** | | - | DATE INCURRED: **8/08**<br>CONSIDERATION: **Collecting for - Frost National Bank**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**Frost National Bank**<br>**c/o Fridge & Rescendez LLC**<br>**Riverview Towers**<br>**111 Soledad Street Suite 1700**<br>**San Antonio TX 78205** | | - | DATE INCURRED: **2/04**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $15,796.12 |
| ACCT #:<br>**GE Money Bank**<br>**Attention Bankruptcy Depart**<br>**PO Box 103106**<br>**Roswell GA 30076** | | - | DATE INCURRED: **8/07**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $7,649.00 |
| ACCT #:<br>**Gerald Wallace**<br>**10394 Dyer Road**<br>**Sanger TX 76266** | | - | DATE INCURRED:<br>CONSIDERATION: **Miscellaneous**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>**James B Odom**<br>**8525 Kinsley Circle**<br>**Granbury TX 76049** | | - | DATE INCURRED: **2/03**<br>CONSIDERATION: **Miscellaneous**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$23,445.12**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.  
In re **Gerald Wallace Dyer, II**          Case No. **08-42815**  
                                                                               (if known)

## *AMENDED*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>John R Resendez<br>c/o Fridge & Rescendez LLC<br>Riverview Towers<br>111 Soledad Street Suite 1700<br>San Antonio TX 78205 | | - | DATE INCURRED: **8/08**<br>CONSIDERATION:<br>**Collecting for - Frost National Bank**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>NCO Financial Systems Inc<br>PO Box 15081<br>Wilmington DE 19850-5740 | | - | DATE INCURRED: **8/08**<br>CONSIDERATION:<br>**Collecting for - Chase Bank One**<br>REMARKS: | X | X | X | $0.00 |
| ACCT #:<br>T D Disheroon<br>c/o E Glenn Gidel<br>River Plaza Tower<br>1701 River Run Road Suite 1015<br>Fort Worth TX 76107-6556 | X | - | DATE INCURRED: **2/03**<br>CONSIDERATION:<br>**Miscellaneous**<br>REMARKS: | | | | $19,923.00 |
| ACCT #:<br>Tractor Supply Credit Plan<br>PO Box 6497<br>Sioux Falls SD 57117 | | - | DATE INCURRED: **6/07**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $4,369.00 |
| ACCT #:<br>TSYS Debt Management<br>PO Box 5155<br>Norcross GA 30091 | | - | DATE INCURRED: **10/08**<br>CONSIDERATION:<br>**Collecting for - Capital One**<br>REMARKS: | X | X | X | $0.00 |

Sheet no. __3__ of __3__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 Subtotal >    **$24,292.00**

                                                                   Total >    **$91,374.76**  
**(Use only on last page of the completed Schedule F.)**  
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

In re **Gerald Wallace Dyer, II**　　　　　　　　　　　Case No. **08-42815**

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

*AMENDED*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $80,000.00 | | |
| B - Personal Property | No | 5 | $147,070.15 | | |
| C - Property Claimed as Exempt | No | 3 | | | |
| D - Creditors Holding Secured Claims | No | 3 | | $324,173.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $91,374.76 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $7,556.67 |
| J - Current Expenditures of Individual Debtor(s) | No | 3 | | | $7,530.67 |
| TOTAL | | 23 | $227,070.15 | $415,547.76 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re **Gerald Wallace Dyer, II**  Case No. **08-42815**

Chapter **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | **$7,556.67** |
| Average Expenses (from Schedule J, Line 18) | **$7,530.67** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$5,396.28** |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$116,124.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4. Total from Schedule F | | **$91,374.76** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$207,498.76** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Gerald Wallace Dyer, II**        Case No. **08-42815**
                                                                                    (if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **6** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **12/04/2008**        Signature **/s/ Gerald Wallace Dyer, II**
                                                    ***Gerald Wallace Dyer, II***

Date                                         Signature

                                                  [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

James B Odom  
8525 Kinsley Circle  
Granbury TX  76049