IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| GERALD WALLACE DYER, II | * | CASE NO. 08-42815 |
| | * | Chapter 7 |
| SSN: XXX-XX-1853 | * | |
| 10394 Dyer Road | * | |
| Sanger, TX  76266 | * | |

<u>CERTIFICATE OF SERVICE REFLECTING THE NAME,
NEW ADDRESS AND DATE COURT/CLERK NOTICE WAS RE-MAILED</u>

I hereby certify that the Court notice in regard to Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines was re-mailed to the creditor shown below at the new address reflected hereunder on this the 4th day of December, 2008.

1.	James B Odom
	8525 Kinsley Circle
	Granbury TX  76049

_____
Meri Waage
Bar Card # 20625500
8350 South Stemmons
Hickory Creek, TX 75065
Ph:  940/497-4448
Fax:  940/497-6445
ATTORNEY FOR GERALD WALLACE DYER, II

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was electronically mailed to the following:

1. Mark Weisbart, Trustee
   5000 Quorum Drive, Suite 620
   Dallas, TX 75254

2. Attorney Joe M. Lozano, Jr.
   Brice, Vander Linden & Wernick, P.C.
   9441 LBJ Freeway, Suite 350
   Dallas, TX 75243

3. Attorney Michael Reed
   McCreary, Veselka, Bragg & Allen, P.C.
   PO Box 1269
   Round Rock, TX 78680

I further certify that a true and correct copy of this Certificate of Service and Notice were delivered by Regular First Class Mail on the 4th day of December, 2008 to the following:

1. GERALD WALLACE DYER, II, Debtor
   10394 Dyer Road
   Sanger, TX 76266

2. Attorney Brian Thompson
   McGinnis, Lochridge & Kilgore, LLP
   600 Congress Avenue, Suite 2100
   Austin, TX 78701

3. James B Odom
   8525 Kinsley Circle
   Granbury TX 76049

_____
Merv Waage