IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| GERALD DYER, II, § | |
| xxx-xx-1853 § | CASE NO. 08-42815-BTR-7 |
| § | |
| 10394 Dyer Road § | |
| Sanger, TX 76266 § | |
| DEBTOR. § | |

### ORDER GRANTING MOTION
### PURSUANT TO BANKRUPTCY RULE 4001(D)

      On November 19, 2008, a Motion for Approval of Agreement Pursuant to Bankruptcy Rule 4001(d) (the "Motion) was filed by DaimlerChrysler Financial Services Americas L.L.C. (the "Movant") in the above-referenced case. The Court Finds that the Motion with regard to the 2007 Dodge Ram 2500, Vehicle Identification Number 1D7KS28C97J526036 was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fifteen (15)-day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fifteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by an party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order:

      **IT IS THEREFORE ORDERED** that the Motion for Approval of Agreement Pursuant to Bankruptcy Rule 4001(d) filed by DaimlerChrysler Financial Services Americas L.L.C. on November 19, 2008 is hereby **GRANTED** so as to authorize the termination of the automatic stay immediately as to the 2007 Dodge Ram 2500, Vehicle Identification Number 1D7KS28C97J526036, with an account number ending in 0520.

      **IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the ten (10) day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

                                          ## End of Order ###

952-32389-173900

Signed on 12/11/2008

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0540-4          User: kempj              Page 1 of 2              Date Rcvd: Dec 11, 2008
Case: 08-42815                Form ID: pdf400          Total Served: 41
```

The following entities were served by first class mail on Dec 13, 2008.
```
db          +Gerald Wallace Dyer, II,   10394 Dyer Road,   Sanger, TX 76266-6034
cr          +Capital One Auto Finance,   P. O. Box 829009,   Dallas, TX 75382-9009
cr          +DaimlerChrysler Financial Services Americas L.L.C.,   Bassel & Wilcox,   P.O. Box 11509,
              Fort Worth, TX 76110-0509
cr          +Denton County,   Michael Reed,   P O Box 1269,   Round Rock, TX 78680-1269
5235581     +American Express,   c/o Becket and Lee,   PO Box 3001,   Malvern PA 19355-0701
5235582     +Attorney General of Texas,   Taxation Division Bkrpcy,   Box 12548,   Capitol Station,
              Austin TX 78711-2548
5235583     +Attorney General of the US,   Department of Justice,   Tenth & Constitution Avenues,
              Washington DC 20530-0001
5235584     +Becket and Lee,   PO Box 3001,   Malvern PA 19355-0701
5235591     +CNH Capital,   233 Lake Avenue,   Racine WI 53403-1015
5235592      CTI,   PO Box 4783,   Chicago IL 60680-4783
5235593     +CU Members Mortgage,   PO Box 2988,   Fort Worth TX 76195-0001
5235585     +Capital One,   c/o TSYS Debt Management,   PO Box 5155,   Norcross GA 30091-5155
5235586     +Chase Bank One,   Attention Bankruptcy Dept,   PO Box 100018,   Kennesaw GA 30156-9204
5235587     +Chrysler Financial,   5225 Crooks Road,   Suite 140,   Troy MI 48098-2823
5235588     +Citibank,   Attn Centralized BKTCY,   PO Box 20507,   Kansas City MO 64195-0507
5235589      City of Sanger Tax Collector,   c/o Denton County Tax Collector,   PO Box 90204,
              Denton TX 76202-5204
5235590      Client Services Inc,   PO Box 1503,   Saint Peters MO 63376-0027
5235594      Denton County Tax Collector,   PO Box 90204,   Denton TX 76202-5204
5235596      E Glenn Gidel,   Attorney at Law,   River Plaza Tower,   1701 River Run Road Suite 1015,
              Fort Worth TX 76107-6556
5235597     +Farm Bureau Bank,   17300 Henderson Path,   San Antonio TX 78232-1663
5235598      FirstSource Advantage LLC,   PO Box 628,   Buffalo NY 14240-0628
5235599     +Fridge & Rescendez LLC,   Riverview Towers,   111 Soledad Street Suite 1700,
              San Antonio TX 78205-2229
5235600     +Frost National Bank,   c/o Fridge & Rescendez LLC,   Riverview Towers,
              111 Soledad Street Suite 1700,   San Antonio TX 78205-2229
5235602     +Gerald Wallace,   10394 Dyer Road,   Sanger TX 76266-6034
5235603    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,   PO Box 21126,   Philadelphia PA  19114)
5235604     +James B Odom,   6717 Calmont,   Fort Worth TX 76116-4203
5270785     +James B. Odom,   8525 Kinsley Circle,   Granbury TX 76049-4761
5235605     +John R Resendez,   c/o Fridge & Rescendez LLC,   Riverview Towers,
              111 Soledad Street Suite 1700,   San Antonio TX 78205-2229
5235606      Lone Star FLCA,   PO Box 1569,   San Antonio TX 78296-1569
5235607     +NCO Financial Systems Inc,   PO Box 15081,   Wilmington DE 19850-5081
5235608      Sanger ISD Tax Collector,   c/o Denton County Tax Collector,   PO Box 90204,
              Denton TX 76202-5204
5235609     +State Comptroller of,   Public Accounts,   Capitol Station,   Austin TX 78774-0001
5235610      T D Disheroon,   c/o E Glenn Gidel,   River Plaza Tower,   1701 River Run Road Suite 1015,
              Fort Worth TX 76107-6556
5235613     +TSYS Debt Management,   PO Box 5155,   Norcross GA 30091-5155
5235612     +Tractor Supply Credit Plan,   PO Box 6497,   Sioux Falls SD 57117-6497
5235616   ++++US DEPARTMENT OF HUD,   HOUSING & URBAN DEVELOPMENT,   801 CHERRY ST UNIT 45,
              FORT WORTH TX 76102-6882
             (address filed with court: US Department of HUD,   Housing & Urban Development,
              801 Cherry Street #2500,   Fort Worth TX 76102-6803)
5235614     +United States Attorneys Office,   110 North College Avenue,   Suite 700,   Tyler TX 75702-7237
5235615      United States Trustees Office,   110 North College Avenue,   Suite 300,   Tyler TX 75702-7231
```

The following entities were served by electronic transmission on Dec 12, 2008.
```
5235595     +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 12 2008 05:03:11     Discover Financial,
              Attention Bankruptcy Depart,   PO Box 3025,   New Albany OH 43054-3025
5235601     +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2008 03:36:14     GE Money Bank,
              Attention Bankruptcy Depart,   PO Box 103106,   Roswell GA 30076-9106
5235611     +E-mail/Text: redpacer@twc.state.tx.us                            Texas Employment Commission,
              TEC Building,   Tax Department,   Austin TX 78778-0001
                                                                                                  TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Lone Star, FLCA
                                                                                           TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2008**                          **Signature:**        _Joseph Speetjens_